No. 151.   UNITED STATES *v.* E. I. DU PONT DE NEMOURS & Co. ET AL.   Appeal from the United States District Court for the Northern District of Illinois.   Probable jurisdiction noted.   MR. JUSTICE CLARK and MR. JUSTICE HARLAN took no part in the consideration or decision of this question.   *Solicitor General Soboloff, Assistant Attorney General Barnes* and *Daniel M. Friedman* for the United States.   *John Lord O'Brian, Hugh B. Cox* and *Charles A. Horsky* for E. I. du Pont de Nemours & Co., and *Ferris E. Hurd* and *Henry M. Hogan* for the General Motors Corporation, appellees.